**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CLAYTON MONTGOMERY BROWN,**

    Plaintiff,

**v.**                                **CASE NO. 3:07-cv-868-J-16TEM**

**DIANE ROSS, JAKE M. GODBOLD,**
**WILLIAM J. CLINTON, and GEORGE W. BUSH,**

    Defendants.
_____/

## O R D E R

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed November 2, 2007 (Doc. #9). No objections have been filed.

After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that the Plaintiff's Affidavit of Indigency (Doc #7) is **DENIED** and this case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 27th day of November, 2007.

Copies to:
    Counsel of record
    Pro Se Parties

_____
JOHN H. MOORE II
United States District Judge